# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-741 and 3D20-805
Lower Tribunal Nos. 15-23660 and 15-23673

_____

**Jorge Arbelaez,**
Appellant,

vs.

**Enclave Shores Condominium Association, Inc.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Antonio Arzola and Barbara Areces, Judges.

Jorge E. Arbelaez, in proper person.

Feinstein, Mendez & Cobreiro, P.A., and Brett Feinstein, for appellee.

Before FERNANDEZ, LOGUE, and GORDO, JJ.

PER CURIAM.

Affirmed.